# UNITED STATES BANKRUPTCY COURT

Eastern    DISTRICT OF   California

Fresno    DIVISION

In re:    Char Phar Investments, LLC     § § § §     Case No.   20-11992

Debtor(s)

# Monthly Operating Report         Chapter 11

Reporting Period Ended:   **08.31.20**     Petition Date: **08.11.20**     Months Pending: _____

Industry Classification:   **Agriculture**

Reporting Method:    Accrual Basis ☐     Cash Basis ☑

Amounts reported in:    Dollars ☑     Thousands ☐     Millions ☐

Debtor's Full-Time Employees (current):    1

Debtor's Full-Time Employees (as of date of order for relief):    1

**Supporting Documentation** (check all that apply):
(For jointly administered debtors, any required schedules must be provided for each debtor)

- ☒ Statement of cash receipts and disbursements per debtor
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit per debtor
- ☒ Statement of operations (profit or loss statement) per debtor
- ☒ Accounts receivable aging per debtor   N/A   No changes since schedules filed.
- ☒ Postpetition liabilities aging per debtor   N/A
- ☒ Statement of capital assets per debtor   Same as filed schedules. No changes.
- ☒ Schedule of payments to professionals    N/A
- ☒ Schedule of payments to insiders    N/A
- ☒ All bank statements and bank reconciliations for the reporting period
- ☒ Description of the assets sold or transferred and the terms of the sale or transfer   N/A

*/s/ William L. Cowin*
Signature of Attorney or Pro Se Individual

September 14, 2020
Date

William L. Cowin
Type or Print Name

2344 Tulare Street, Suite 300
Address
Fresno, CA 93721

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (3/23/2011)

Debtor's Name: **Char Phar Investments, LLC**    Case No. **20-11992**

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $ 0 | |
| b. | Total receipts (net of transfers between accounts) | $ 47,821 | $ 47,821 |
| c. | Total disbursements (net of transfers between accounts) | $ 26,131 | $ 26,131 |
| d. | Cash balance end of month (a+b-c) | $ 21,690 | |
| e. | Disbursements made by third party for the benefit of the estate | $ 0 | $ |
| f. | Total disbursements for quarterly fee calculation (c+e) | $ 26,190 | $ 26,131 |

### Part 2: Asset and Liability Status

| | | Current Month | |
|---|---|---|---|
| a. | Accounts receivable (total net of allowance) | $ | |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $ | |
| c. | Inventory | $ 160,000 | |
| d. | Total current assets | $ 21,690 | |
| e. | Total assets | $ 6,863,165 | 7,044,855 |
| f. | Postpetition payables (excluding taxes) | $ 0 | |
| g. | Postpetition payables past due (excluding taxes) | $ 0 | |
| h. | Postpetition taxes payable | $ 0 | |
| i. | Postpetition taxes past due | $ 0 | |
| j. | Total postpetition debt | $ 2,117,979 | |
| k. | Prepetition secured debt | $ | |
| l. | Prepetition priority debt | $ 4,482 | |
| m. | Prepetition unsecured debt | $ 2,041,403 | |
| n. | Total liabilities (debt) | $ 4,163,864 | 4,163,864 |
| o. | Ending equity/net worth | $ 2,880,991 | 2,880,991 |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $ 0 | $ 0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $ 0 | $ 0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business | $ 0 | $ 0 |

### Part 4: Income Statement (Statement of Operations)

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net returns and allowances) | $ 50 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $ | |
| c. | Gross profit (a-b) | $ | |
| d. | Selling expenses | $ | |
| e. | General and administrative expenses | $ 26,130 | |
| f. | Other expenses | $ | |
| g. | Depreciation and/or amortization (not included in 4b) | $ | |
| h. | Interest | $ | |
| i. | Taxes (local, state, and federal) | $ | |
| j. | Reorganization items | $ | |
| k. | Profit (loss) | $ | $ (26,080) |

UST Form 11-MOR (3/23/2011)

Debtor's Name: __Char Phar Investments, LLC__    Case No. __20-11992__

### Part 5: Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) | $ 0 | $ 0 | $ 0 | $ 0 |
| b. | Debtor's professional fees & expenses (non-bankruptcy) | $ 0 | $ 0 | $ 0 | $ 0 |
| c. | All professional fees and expenses (debtor & committees) | $ 0 | $ 0 | $ 0 | $ 0 |

### Part 6: Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $ 0 | $ 0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $ 0 | $ 0 |
| c. | Postpetition employer payroll taxes accrued | $ 0 | $ 0 |
| d. | Postpetition employer payroll taxes paid | $ 0 | $ 0 |
| e. | Postpetition other taxes accrued (local, state, and federal) | $ 0 | $ 0 |
| f. | Postpetition other taxes paid (local, state, and federal) | $ 0 | $ 0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on pre-petition debt (other than in the normal course, to secured creditors or lessors)? (if yes, see instructions) | Yes ☐ | No ☑ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see instructions) | Yes ☐ | No ☑ |
| c. | Were any payments made to or on behalf of insiders? | Yes ☐ | No ☑ |
| d. | Are you current on postpetition tax return filings? | Yes ☑ | No ☐ |
| e. | Are you current on postpetition estimated tax payments? | Yes ☑ | No ☐ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ☑ | No ☐ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see instructions) | Yes ☐ | No ☑ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ☐ | No ☐   NA ☑ |
| i. | Do you have: Worker's compensation insurance? | Yes ☑ | No ☐ |
| | If yes, are your premiums current? | Yes ☑ | No ☐ (if no, see instructions) |
| | Casualty/property insurance? | Yes ☑ | No ☐ |
| | If yes, are your premiums current? | Yes ☑ | No ☐ (if no, see instructions) |
| | General liability insurance? | Yes ☑ | No ☐ |
| | If yes, are your premiums current? | Yes ☑ | No ☐ (if no, see instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ☐ | No ☑ |
| k. | Has a disclosure statement been filed with the court? | Yes ☑ | No ☐ |
| l. | Are you current with quarterly US Trustee fees? | Yes ☑ | No ☐ |

Debtor's Name: Char Phar Investments, LLC

Case No. 20-11992

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. Gross income (receipts) from salary and wages | $ | |
| b. Gross income (receipts) from self-employment | $ | |
| c. Gross income from all other sources | $ | 50 |
| d. Total income in the reporting period (a+b+c) | $ | 50 |
| e. Self-employment related expenses | $ | |
| f. Unusual or significant unanticipated expenses | $ | |
| g. Total expenses in the reporting period (e+f) | $ | 26,130 |
| h. Difference between total income and total expenses (d-g) | $ | 50 |
| i. List the amount of all postpetition debts that are past due | $ | 0 |
| j. Are you required to pay any Domestic Support Obligations in 11 U.S.C section 1129(a)(14)? | Yes ☐　No ☒ | |
| k. If yes, have all Domestic Support Obligation payments required under 11 U.S.C section 1129(a)(14) been made? | Yes ☐　No ☐ | |

I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report by the debtor.

_[signature]_
Signature of Debtor or Authorized Individual

Ravinderpaul Tut
Type or Print Name of Signer

Managing Member
Title

September 14, 2020
Date

UST Form 11-MOR (3/23/2011)

```
Citibank CBO Services    953                                    FINAL            001/R1/04F013
P.O. Box 6201                                                   000
Sioux Falls, SD 57117-6201                                      CITIBANK, N. A.
                                                                Account
                                                                ●●●●●4957
              CHAR PHAR INVESTMENTS, LLC                        Statement Period
              7255 E CLARKSON AVE                               Aug 1 - Aug 31, 2020
              SELMA                    CA 93662-9455            Relationship Manager
                                                                US SERVICE CENTER
                                                                1-877-528-0990
                                                                Page 1 of 2
```

## CitiBusiness® ACCOUNT AS OF AUGUST 31, 2020

**Relationship Summary:**

| | |
|---|---|
| Checking | $0.00 |
| Savings | ----- |
| Checking Plus | ----- |

## SERVICE CHARGE SUMMARY FROM JULY 1, 2020 THRU JULY 31, 2020

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # 9534194957** | | | |
| Average Daily Collected Balance | | | $8,094.74 |
| DEPOSIT SERVICES | | | |
|    CHECKS, DEP ITEMS/TICKETS, ACH **WAIVE | 6 | .4500 | 2.70 |
| **Total Charges for Services** | | | $0.00 |
| **Net Service Charge** | | | $0.00 |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
9534194957

Beginning Balance: $6,883.55
Ending Balance: $0.00

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/03 | WIRE TRANSFER | | | |
| | WIRE FROM BLUE R IVER FARMS, LLC  Aug 03 | | 42,500.00 | 49,383.55 |
| 08/04 | CHECK NO: 5001 | 1,224.38 | | 48,159.17 |
| 08/04 | SERVICE CHARGE | 15.00 | | 48,144.17 |
| | INCOMING WIRE FEE  F0102160A70C01 Aug 04 | | | |
| 08/11 | CHECK NO: 5051 | 73.18 (P) | | 48,070.99 |
| 08/13 | CHECK NO: 5052 | 22,800.00 — || | | 25,270.99 |
| 08/17 | ACH DEBIT | 9.74 — || | | 25,261.25 |
| | IRS    USATAXPYMT 270063004836824 Aug 17 | | | |
| 08/17 | ACH DEBIT | 284.34 — || | | 24,976.91 |
| | IRS    USATAXPYMT 270063035109224 Aug 17 | | | |
| 08/18 | CHECK NO: 5002 | 300.00 (P) | | 24,676.91 |
| 08/19 | CHECK NO: 5005 | 1,447.66 — || | | 23,229.25 |
| 08/27 | ACCOUNT CLOSE OUT | 23,229.25 — || | | 0.00 |
| | **Total Debits/Credits** | 49,383.55 | 42,500.00 | |

*This is your final Checking Account statement. Your Checking Account is now closed.*

---

(P) CKS. WRITTEN DURING CHAPTER 12          $48,144.17
                                             48,070.99
  #5051    73.18                             (373.18)
  #5002   300.00
         ───────                           $47,697.81  $47,770.99
          373.18
         ───────



CHAR PHAR INVESTMENTS, LLC

Account ●●●●●●●4957
Statement Period: Aug 1 - Aug 31, 2020

Page 2 of 2

001/R1/04F013

## CHECKING ACTIVITY

Continued

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5001 | 08/04 | 1,224.38 | 5002 | 08/18 | 300.00 | 5005* | 08/19 | 1,447.66 | 5051* | 08/11 | 73.18 |
| 5052 | 08/13 | 22,800.00 | | | | | | | | | |

* indicates gap in check number sequence

Number Checks Paid: 5

Totaling: $25,845.22

## CUSTOMER SERVICE INFORMATION

**IF YOU HAVE QUESTIONS ON:**

Checking

**YOU CAN CALL:**

877-528-0990*
(For Speech and Hearing
Impaired Customers Only
TTY: 800-945-0258)

**YOU CAN WRITE:**

Citibank, N.A.
P.O. Box 790184
St Louis, MO 63179

For change in address, call your account officer or visit your branch.
* To ensure quality service, calls are randomly monitored.

© 2020 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

1:26 PM
09/12/20

# CHAR PHAR INVESTMENTS, LLC ; DEBTOR IN POSSESSION
## Reconciliation Summary
### 103.10 · General Account, Period Ending 08/31/2020

|  | Aug 31, 20 |  |
|---|---:|---:|
| **Beginning Balance** |  | 0.00 |
|    Cleared Transactions |  |  |
|       Deposits and Credits - 2 items | 23,279.25 |  |
|    Total Cleared Transactions | 23,279.25 |  |
| **Cleared Balance** |  | 23,279.25 |
|    Uncleared Transactions |  |  |
|       Checks and Payments - 1 item | -1,589.21 |  |
|    Total Uncleared Transactions | -1,589.21 |  |
| **Register Balance as of 08/31/2020** |  | 21,690.04 |
| **Ending Balance** |  | 21,690.04 |

1:26 PM
09/12/20

# CHAR PHAR INVESTMENTS, LLC ; DEBTOR IN POSSESSION
## Reconciliation Detail
### 103.10 · General Account, Period Ending 08/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
|   **Cleared Transactions** | | | | | | |
|     **Deposits and Credits - 2 items** | | | | | | |
|     Check | 08/27/2020 | | Char Phar Investme... | X | 23,229.25 | 23,229.25 |
|     Deposit | 08/28/2020 | | | X | 50.00 | 23,279.25 |
|     **Total Deposits and Credits** | | | | | 23,279.25 | 23,279.25 |
|   **Total Cleared Transactions** | | | | | 23,279.25 | 23,279.25 |
| **Cleared Balance** | | | | | 23,279.25 | 23,279.25 |
|   **Uncleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
|     Check | 08/14/2020 | 5005 | Jose A Icides Uman... | | -1,589.21 | -1,589.21 |
|     **Total Checks and Payments** | | | | | -1,589.21 | -1,589.21 |
|   **Total Uncleared Transactions** | | | | | -1,589.21 | -1,589.21 |
| **Register Balance as of 08/31/2020** | | | | | 21,690.04 | 21,690.04 |
| **Ending Balance** | | | | | 21,690.04 | 21,690.04 |

**Bank of the Sierra**
P.O. Box 1930
Porterville, CA 93258
888-454-2265
**LLC Activity Statement**

 **BANK OF THE SIERRA**

**Char Phar Investments, LLC**　　　　　　　Customer Number:　　　　　　　　　　CAG2854
Debtor in Possession SD-20-11992　　　　　Account Number:　　　　XXXXXXXXXXXX7893
7255 E. Clarkson Ave　　　　　　　　　　　　Interest Rate:　　　　　　　　　　0.000000 %
Selma CA 93662　　　　　　　　　Previous Statement Balance:　　　　　　　$23,279.25
　　　　　　　　　　　　　　　　　　Average Balance:　　　　　　　　　　$20,624.84
　　　　　　　　　　　　　　　　　　Overdraft Limit:　　　　　　　　　　　　　$0.00

| Date | | Ref | Description | Amount | Balance |
|---|---|---|---|---|---|
| 08/27/2020 | | 11 | Business Deposit | $23,229.25 | $23,229.25 |
| 08/28/2020 | | 334 | Fee Code – Business Account Bonus Payment | $50.00 | $23,279.25 |
| 09/03/2020 | | 919 | Closing entry - Deposited | $50.00 | $23,329.25 |
| | | | Closing entry - Deposited Acct No. 901918709 | | |
| 09/03/2020 | 6001 | 52 | Check | ($2,000.00) | $21,329.25 |
| 09/03/2020 | 6002 | 51 | Check - Inclearings | ($1,589.21) | $19,740.04 |

This temporary statement from Bank of the Sierra is not a formal statement of your account.
These items will be reflected again on your regularly scheduled statement.

September 9, 2020　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 1

**Bank of the Sierra**
P.O. Box 1930
Porterville, CA 93258
888-454-2265
**LLC Activity Statement**



Char Phar Investments, LLC
Debtor in Possession SD-20-11992
7255 E. Clarkson Ave
Selma CA 93662

*A/R Acct*

| Customer Number: | CAG2854 |
| --- | --- |
| Account Number: | XXXXXXXXXXXX8695 |
| Interest Rate: | 0.000000 % |
| Previous Statement Balance: | $0.00 |
| Average Balance: | $1,550.00 |
| Overdraft Limit: | $0.00 |

| Date | | Description | | Balance |
| --- | --- | --- | --- | --- |
| 09/01/2020 | 334 | Fee Code Business Account Bonus Payment | $50.00 | $50.00 |
| 09/03/2020 | 11 | Business Deposit | $2,000.00 | $2,050.00 |

*As of 8/31/20 = -0-*

This temporary statement from Bank of the Sierra is not a formal statement of your account.
These items will be reflected again on your regularly scheduled statement.

September 9, 2020

Page: 1

1:29 PM
09/12/20

# CHAR PHAR INVESTMENTS, LLC ; DEBTOR IN POSSESSION
## Deposit Detail
### August 2020

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Deposit | | 08/11/2020 | | 103.45 · Cash in Ba... | 47,770.99 |
| | | | | 550.45 · Cash on Da... | -47,770.99 |
| TOTAL | | | | | -47,770.99 |
| Deposit | | 08/28/2020 | | 103.10 · General Ac... | 50.00 |
| | | | | 550.10 · New Accou... | -50.00 |
| TOTAL | | | | | -50.00 |

*# $47,820.99*

1:09 PM
09/13/20

# CHAR PHAR INVESTMENTS, LLC ; DEBTOR IN POSSESSION
## Check Detail
### August 11 - 31, 2020

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | ACH | 08/17/2020 | IRS | | 103.45 · Cash in Ba... | | -9.74 |
| | | | | | 707.00 · Payroll Tax ... | -9.74 | 9.74 |
| TOTAL | | | | | | -9.74 | 9.74 |
| Check | ACH | 08/17/2020 | IRS | | 103.45 · Cash in Ba... | | -284.34 |
| | | | | | 707.00 · Payroll Tax ... | -284.34 | 284.34 |
| TOTAL | | | | | | -284.34 | 284.34 |
| Check | 5005 | 08/14/2020 | Jose A Icides Uma... | | 103.10 · General Ac... | | -1,589.21 |
| | | | | | 705.00 · Net Payroll | -1,589.21 | 1,589.21 |
| TOTAL | | | | | | -1,589.21 | 1,589.21 |
| Check | 5005 | 08/14/2020 | Jose A Icides Uma... | | 103.45 · Cash in Ba... | | -1,447.66 |
| | | | | | 705.00 · Net Payroll | -1,447.66 | 1,447.66 |
| TOTAL | | | | | | -1,447.66 | 1,447.66 |
| Check | 5052 | 08/11/2020 | Wheeler Ridge | | 103.45 · Cash in Ba... | | -22,800.00 |
| | | | | | 685.00 · Water | -22,800.00 | 22,800.00 |
| TOTAL | | | | | | -22,800.00 | 22,800.00 |

*24,130.95* (handwritten)

1:24 PM
09/12/20

# CHAR PHAR INVESTMENTS, LLC ; DEBTOR IN POSSESSION
## Reconciliation Summary
### 103.45 · Cash in Bank-Pre Conversion, Period Ending 08/31/2020

|  | Aug 31, 20 |
|---|---|
| **Beginning Balance** | 0.00 |
|   Cleared Transactions |  |
|     Checks and Payments - 5 items | -47,770.99 |
|     Deposits and Credits - 1 item | 47,770.99 |
| **Total Cleared Transactions** | 0.00 |
| **Cleared Balance** | 0.00 |
| **Register Balance as of 08/31/2020** | 0.00 |
| **Ending Balance** | 0.00 |

1:24 PM
09/12/20

## CHAR PHAR INVESTMENTS, LLC ; DEBTOR IN POSSESSION
## Reconciliation Detail
### 103.45 · Cash in Bank-Pre Conversion, Period Ending 08/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 5 items** | | | | | | |
|     Check | 08/11/2020 | 5052 | Wheeler Ridge | X | -22,800.00 | -22,800.00 |
|     Check | 08/14/2020 | 5005 | Jose A Icides Uman... | X | -1,447.66 | -24,247.66 |
|     Check | 08/17/2020 | ACH | IRS | X | -284.34 | -24,532.00 |
|     Check | 08/17/2020 | ACH | IRS | X | -9.74 | -24,541.74 |
|     Check | 08/27/2020 | | Char Phar Investme... | X | -23,229.25 | -47,770.99 |
|     **Total Checks and Payments** | | | | | -47,770.99 | -47,770.99 |
|     **Deposits and Credits - 1 item** | | | | | | |
|     Deposit | 08/11/2020 | | | X | 47,770.99 | 47,770.99 |
|     **Total Deposits and Credits** | | | | | 47,770.99 | 47,770.99 |
|   **Total Cleared Transactions** | | | | | 0.00 | 0.00 |
| **Cleared Balance** | | | | | 0.00 | 0.00 |
| **Register Balance as of 08/31/2020** | | | | | 0.00 | 0.00 |
| **Ending Balance** | | | | | 0.00 | 0.00 |

12:50 PM
09/13/20
Accrual Basis

# CHAR PHAR INVESTMENTS, LLC ; DEBTOR IN POSSESSION
## Balance Sheet
### As of August 31, 2020

|  | Aug 31, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 103.00 · Cash Accounts | |
|   103.10 · General Account | 21,690.04 |
| Total 103.00 · Cash Accounts | 21,690.04 |
| **Total Checking/Savings** | 21,690.04 |
| **Other Current Assets** | |
| 150.00 · Crops | |
|   150.15 · Grapes on Vines | 160,000.00 |
| Total 150.00 · Crops | 160,000.00 |
| **Total Other Current Assets** | 160,000.00 |
| **Total Current Assets** | 181,690.04 |
| **Fixed Assets** | |
| 200.00 · Land and Depreciable Assets | |
|   220.00 · Farm Equipment | 59,200.00 |
|   230.00 · Farm Land & Improvements | 5,100,000.00 |
| Total 200.00 · Land and Depreciable Assets | 5,159,200.00 |
| **Total Fixed Assets** | 5,159,200.00 |
| **Other Assets** | |
| 275.00 · Other Assets | |
|   275.10 · Potential Claim Against SBI | 750,000.00 |
|   275.15 · Accounts Receivable | 953,965.00 |
| Total 275.00 · Other Assets | 1,703,965.00 |
| **Total Other Assets** | 1,703,965.00 |
| **TOTAL ASSETS** | 7,044,855.04 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 310.00 · Schedule F Debts | |
|   310.05 · FTB | 4,482.50 |
|   310.10 · Blue River Farms | 1,994,573.00 |
|   310.25 · Nia Ag Solutions | 15,311.40 |
|   310.30 · Raiz Ag Solutions | 24,000.00 |
|   310.40 · West Hills Oil, Inc. | 7,518.26 |
| Total 310.00 · Schedule F Debts | 2,045,885.16 |
| 320.00 · Secured | |
|   320.25 · Kern Country Tax Collector | 17,979.55 |
| Total 320.00 · Secured | 17,979.55 |
| **Total Other Current Liabilities** | 2,063,864.71 |
| **Total Current Liabilities** | 2,063,864.71 |
| **Long Term Liabilities** | |
| 450.00 · Schedule D Debts | |
|   450.25 · State Bank of India | 2,100,000.00 |
| Total 450.00 · Schedule D Debts | 2,100,000.00 |
| **Total Long Term Liabilities** | 2,100,000.00 |
| **Total Liabilities** | 4,163,864.71 |

12:50 PM
09/13/20
Accrual Basis

# CHAR PHAR INVESTMENTS, LLC ; DEBTOR IN POSSESSION
## Balance Sheet
### As of August 31, 2020

|  | Aug 31, 20 |
|---|---:|
| **Equity** | |
| 485.25 · Net Assets from Chapter 12 | 2,859,300.29 |
| Net Income | 21,690.04 |
| **Total Equity** | 2,880,990.33 |
| **TOTAL LIABILITIES & EQUITY** | 7,044,855.04 |

12:55 PM
09/13/20
Accrual Basis

# CHAR PHAR INVESTMENTS, LLC ; DEBTOR IN POSSESSION
## Profit & Loss
### August 11 - 31, 2020

|  | Aug 11 - 31, 20 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     550.00 · Non Farm Income | |
|       550.10 · New Account Incentives | 50.00 |
|     Total 550.00 · Non Farm Income | 50.00 |
|   **Total Income** | 50.00 |
|   **Expense** | |
|     600.00 · Water | |
|       685.00 · Water | 22,800.00 |
|     Total 600.00 · Water | 22,800.00 |
|     700.00 · Operating Expenses | |
|       705.00 · Net Payroll | 3,036.87 |
|       707.00 · Payroll Tax Payments | 294.08 |
|     Total 700.00 · Operating Expenses | 3,330.95 |
|   **Total Expense** | 26,130.95 |
| **Net Ordinary Income** | -26,080.95 |
| **Net Income** | **-26,080.95** |