**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

**Case Title:** Char Phar Investments, LLC

**Case No.:** 20-11992 - B - 11
**Docket Control No.** WLC-6
**Date:** 03/30/2021
**Time:** 9:30 AM

**Matter:** [64] - Motion/Application to Assume Lease or Executory Contract [WLC-6] Filed by Debtor Char Phar Investments, LLC (msam)

**Judge: René Lastreto II**
**Courtroom Deputy: Carina Weed**
**Reporter: Not Recorded**
**Department: B**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

**CIVIL MINUTES**

HEARING TO BE HELD ON 6/8/2021 at 9:30 AM at Fresno Courtroom 13, Department B

On March 22, 2021, the parties stipulated to continuing this matter to June 8, 2021 at 9:30 a.m. Doc. #180. On March 24, 2021, the court approved the stipulation and entered an order continuing the motion. Doc. #182. Accordingly, the matter was continued to June 8, 2021 at 9:30 a.m. Any opposition to the motion must be filed 14 days before the continued hearing date.